```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

SOPHIA COOPER (CABN 320373)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Sophia.cooper@usdoj.gov

Attorneys for United States of America
```

**FILED**

Jun 05 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SKYLER PHOENIX YOUNG,<br><br>    Defendant. | CASE NO. 4:25-mj-70690 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on June 5, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

    X    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Other (describe) _____

pending in the District of Oregon, Case Number 1:25-CR-00198-MTK.

In that case (copy of indictment attached), the defendant is charged with a violations of Title 18 United States Code, Section 2422(b)— Count One; and Title 18, United States Code, Sections

2423(b)— Count Two.

Description of Charges: 18 U.S.C. § 2422(b)— Coercion and Enticement of a Minor (Count One); 18 U.S.C. § 2423(b)— Travel with Intent to Engage Illicit Sexual Conduct (Count Two).

The maximum penalties are as follows:

18 U.S.C. § 2422(b)

Imprisonment: Minimum 10 Years, Max Life
Fine: $250,000
Supervised Release: 5 Years to Life
Special Assessment: $100
Forfeiture

18 U.S.C. § 2423(b)

Imprisonment: Maximum 30 Years
Fine: $250,000
Supervised Release: 5 Years to Life
Special Assessment: $100
Forfeiture

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: June 5, 2025

/s/_____
SOPHIA COOPER
Assistant United States Attorney

v. 7/10/2018

FILED'25 MAY 8 11:47USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION



Certified to be a true and correct copy of original filed in this District
Dated: 05/08/2025
MELISSA AUBIN, Clerk of Court
U.S. District Court of Oregon
By: s/Heather McCann
Pages 1 Through 3

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:25-cr-00198-MTK |
| v. | INDICTMENT |
| SKYLER PHOENIX YOUNG, | 18 U.S.C. § 2422(b) |
| Defendant. | 18 U.S.C. § 2423(b) |
| | FORFEITURE ALLEGATIONS |

THE GRAND JURY CHARGES:

COUNT 1
(Coercion and Enticement of a Minor)
(18 U.S.C. § 2422(b))

Beginning or about July 18, 2024, and continuing through on or about September 29, 2024, in the District of Oregon, defendant **SKYLER PHOENIX YOUNG**, did use any facility or means of interstate and foreign commerce, that is a digital device connected to the internet, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

Indictment                                                                                         Page 1

## COUNT 2
### (Travel With Intent to Engage in Illicit Sexual Conduct)
### (18 U.S.C. § 2423(b))

Between on or about September 26, 2024, and on or about September 29, 2024, in the District of Oregon and elsewhere, defendant **SKYLER PHOENIX YOUNG**, a United States citizen, did travel in interstate for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with a person under 18 years of age.

In violation of Title 18, United States Code, Section 2423(b).

## FIRST FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, **SKYLER PHOENIX YOUNG** shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Indictment**                                                                                                                                              **Page 2**

## SECOND FORFEITURE ALLEGATION

Upon conviction of the offense in Count 2, **SKYLER PHOENIX YOUNG** shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: May 8, 2025.

A TRUE BILL

/s/ Grand Jury Foreperson
OFFICIATING FOREPERSON

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

JOHN C. BRASSELL
Assistant United States Attorney

Indictment                                                                                         Page 3

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>SKYLER PHOENIX YOUNG<br><br>*Defendant* | )<br>)  Case No.  1:25-cr- 00198-MTK<br>)<br>)<br>)<br>) |

Certified to be a true and correct
copy of original filed in this District
Dated: **05/08/2025**
**MELISSA AUBIN, Clerk of Court**
U.S. District Court of Oregon
By: **s/Heather McCann**
Pages 1 Through 1

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Skyler Phoenix Young                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 2422(b) - Coercion and Enticement of a Minor
  18 U.S.C. § 2423(b) - Travel with Intent to Engage in Illicit Sexual Conduct

Date: 5/8/25

                                                                                     *Issuing officer's signature*

City and state:    Medford, Oregon                      Mark D. Clarke, United States Magistrate Judge
                                                                                     *Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ | |
| Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |